1  Fred W. Schwinn (SBN 225575)
   fred.schwinn@sjconsumerlaw.com
2  Jovanna R. Longo (SBN 251491)
   jovanna.longo@sjconsumerlaw.com
3  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
4  San Jose, California 95113-2418
   Telephone Number: (408) 294-6100
5  Facsimile Number: (408) 294-6190

6

7  Attorney for Plaintiff
   DON ROLLAND DONFRAY
8

9

10          **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11                    **SAN JOSE DIVISION**

12  DON ROLLAND DONFRAY,                    Case No. **C08   01823**

13                   Plaintiff,

14  v.                                      **COMPLAINT**         **HRL**

15  UNITED COLLECTION BUREAU, INC., an      **DEMAND FOR JURY TRIAL**
16  Ohio corporation,                       15 United States Code § 1692 *et seq.*
                                            California Civil Code § 1788 *et seq.*
17                   Defendant.

18          Plaintiff, DON ROLLAND DONFRAY (hereinafter "Plaintiff"), based on

19  information and belief and investigation of counsel, except for those allegations which pertain to the

20  named Plaintiff or his attorneys (which are alleged on personal knowledge), hereby makes the

21  following allegations:

22                              **I. INTRODUCTION**

23          1.      This is an action for statutory damages, attorney fees and costs brought by an

24  individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C.

25  § 1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act,

26  California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibit debt collectors from

27  engaging in abusive, deceptive and unfair practices.

28  / / /

## II. JURISDICTION

2.    Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

3.    This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

## III. VENUE

4.    Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the Defendant transacts business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

## IV. INTRADISTRICT ASSIGNMENT

5.    This lawsuit should be assigned to the San Jose Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara County.

## V. PARTIES

6.    Plaintiff, DON ROLLAND DONFRAY (hereinafter "Plaintiff"), is a natural person residing in Santa Clara County, California. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

7.    Defendant, UNITED COLLECTION BUREAU, INC. (hereinafter "UCB"), is an Ohio corporation engaged in the business of collecting debts in this state with its principal place of business located at: 5630 Southwyck Boulevard, Suite 206, Toledo, Ohio 43614. UCB may be served at the address of its Agent for Service of Process at: United Collection Bureau, Inc., c/o CT Corporation System, 818 West 7th Street, Los Angeles, California 90017-3407. The principal purpose of UCB is the collection of debts using the mails and telephone, and UCB regularly attempts to collect debts alleged to be due another. UCB is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

-2-
COMPLAINT

1       **VI.  FACTUAL ALLEGATIONS**

2           8.      On a date or dates unknown to the Plaintiff, Plaintiff is alleged to have

3   incurred a financial obligation that was primarily for personal, family or household purposes, namely

4   an account bearing the account number XXXX-XXXX-XXXX-1118 (hereinafter "the alleged

5   debt"). The financial obligation alleged owed by the Plaintiff is a "debt" as that term is defined by

6   15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

7           9.      Sometime thereafter on a date unknown to the Plaintiff, the alleged debt was

8   consigned, placed or otherwise transferred to Defendant for collection from the Plaintiff.

9           10.     On or about April 18, 2006, an employee of the Defendant recorded the

10  following message on the Plaintiff's answering machine:

11          That person, press the number 1 on your telephone to receive the message. If that
            person is home and can come to the phone press 2. If they are not home, press 3. If
12          I have the wrong number, press 4. To repeat these choices, press the star key. Please
            have Don Donfray call our office during business hours for a message concerning
13          important personal business. The telephone number is 888-520-1677. Again, the
            number is 888-520-1677. Whoever returns this call should refer to reference number
14          18886548. Again, the reference number is 1888.

15          11.     Thereafter, Defendant sent a collection letter (Exhibit "1") to Plaintiff which

16  is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

17          12.     A true and accurate copy of the collection letter from Defendant to Plaintiff

18  is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

19          13.     The collection letter (Exhibit "1") is dated April 20, 2007.

20          14.     The collection letter (Exhibit "1") was the Defendant's first written notice

21  initially addressed to the Plaintiff in connection with collecting the alleged debt.

22          15.     On or about April 21, 2007, an employee of the Defendant recorded the

23  following message on the Plaintiff's answering machine:

24          message for Mr. Don Donfray in reference to file number 18886548. This is not a
            marketing call. Extension 6739, 1-800-344-8183. I will be available no later than
25          11:28 am eastern standard time, today. I do need to hear from you no later than 3:30
            pm eastern standard time Monday the 23rd of April. This is pertaining to a file which
26          is in pending status, it's been red flagged. If you have fully retained representation
            to assist you with file 18886548 contact extension 6739, 1-800-344-8183. Good luck.
27          Awaiting your call.

28          16.     On or about April 23, 2007, an employee of the Defendant recorded the

1    following message on the Plaintiff's answering machine:

2        This message is for Don. This is Miss Shane calling from the office of UCB
         regarding a very important business matter that needs to be rectified immediately. I
3        need you to contact my office at 1-800-344-8183 extension 6006 to get this resolved.
         When calling in your file number is 18886548. It would be best interest to do so
4        before further actions are pursued against you. Once against my number is 1-800-
         344-8183 extension 6006. I need to hear from you as soon as possible.

5

6        17.    On or about April 23, 2007, an employee of the Defendant recorded the

7    following message on the Plaintiff's answering machine:

8        8-520-1677. Again, my number is 888-520-1677. When returning this call, please
         refer to reference number 18886548. Again, the reference number is 18886548.
9        Thank you, goodbye.

10       18.    On or about April 25, 2007, an employee of the Defendant recorded the

11   following message on the Plaintiff's answering machine:

12       8-520-1677. Again, my number is 888-520-1677. When returning this call, please
         refer to reference number 18886548. Again, the reference number is 18886548.
13       Thank you, goodbye.

14       19.    On or about April 27, 2007, an employee of the Defendant recorded the

15   following message on the Plaintiff's answering machine:

16       Hi, this message is for Don Donfray. My name is Mr. Pugh. This is a curtousey call
         on behalf of United Collections Bureau to inform you that you do have a pending
17       case file. Um, to resolve this matter or if you need any more information on the cause
         of this situation, please refer to my office. 1-800-394-7590 extension 6879.  My
18       name is Mr. Pugh. This call is in regards to file number 18886548.  Thank you and
         good luck.

19

20       20.    Defendant's answering machine messages were each a "communication" in

21   an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

22       21.    Defendant's employees failed to disclose Defendant's identity and the nature

23   of Defendant's business in their April 18, 2007, April 21, 2007, April 23, 2007, and April 25, 2007,

24   answering machine messages, in violation of 15 U.S.C. § 1692d(6) and Cal. Civil Code §

25   1788.11(b). See *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F. Supp. 2d 1104, 1112, 1118 (C.D.

26   Cal. 2005).

27       22.    Defendant's employees failed to disclose that each of their answering machine

28   messages were communications from a debt collector, in violation of 15 U.S.C. § 1692e(11).   See

-4-
COMPLAINT

1  *Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F. Supp. 2d 1104, 1116 (C.D. Cal. 2005); *Foti v. NCO*

2  *Financial Systems, Inc.*, 424 F. Supp. 2d 643, 669 (S.D.N.Y. 2006).

3          23.    Defendant's answering machine messages were designed to instill a false

4  sense of urgency in the listener.

5  **VII.  CLAIMS**

6  **FAIR DEBT COLLECTION PRACTICES ACT**

7          24.    Plaintiff brings the first claim for relief against Defendant under the Federal

8  Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

9          25.    Plaintiff repeats, realleges, and incorporates by reference paragraphs 1

10  through 23 above.

11          26.    Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. §

12  1692a(3).

13          27.    Defendant, UCB, is a "debt collector" as that term is defined by the FDCPA,

14  15 U.S.C. § 1692a(6).

15          28.    The financial obligation allegedly by the Plaintiff is a "debt" as that term is

16  defined by the FDCPA, 15 U.S.C. § 1692a(5).

17          29.    Defendant's answering machine messages described above violate the

18  FDCPA.  The violations include, but are not limited to, the following:

19                a.    Defendant failed to disclose Defendant's identity and the nature of

20                     Defendant's business, in violation of 15 U.S.C. § 1692d(6);

21                b.    Defendant designed its phone message to instill a false sense of

22                     urgency in the listener, in violation of 15 U.S.C. §§ 1692e and

23                     1692e(10);

24                c.    Defendant failed to disclose that the communications were from a

25                     debt collector, in violation of 15 U.S.C. § 1692e(11).

26          30.    Defendant's acts as described above were done intentionally with the purpose

27  of coercing Plaintiff to pay the alleged debt.

28          31.    As a result of the Defendant's violations of the FDCPA, the Plaintiff is

1    entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C.
2    § 1692k.

3                  **ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

4            32.    Plaintiff brings the second claim for relief against Defendant under the
5    Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

6            33.    Plaintiff repeats, realleges, and incorporates by reference paragraphs 1
7    through 31 above.

8            34.    Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code
9    § 1788.2(h).

10           35.    Defendant, UCB, is a "debt collector" as that term is defined by the RFDCPA,
11   Cal. Civil Code § 1788.2(c).

12           36.    The financial obligation allegedly owed by the Plaintiff is a "consumer debt"
13   as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

14           37.    Defendant's answering machine messages described above violate the
15   RFDCPA. The violations include, but are not limited to, the following:

16               a.    Defendant failed to disclose Defendant's identity and the nature of
17                     Defendant's business, in violation of 15 U.S.C. § 1692d(6), as
18                     incorporated by Cal. Civil Code § 1788.17 and Cal. Civil Code §
19                     1788.11(b);

20               b.    Defendant designed and delivered its phone message to instill a false
21                     sense of urgency in the listener, in violation of 15 U.S.C. §§ 1692e
22                     and 1692e(10), as incorporated by Cal. Civil Code § 1788.17;

23               c.    Defendant failed to disclose that the communications were from a
24                     debt collector, in violation of 15 U.S.C. § 1692e(11), as incorporated
25                     by Cal. Civil Code § 1788.17.

26           38.    Defendant's acts as described above were done willfully and knowingly with
27   the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code §
28   1788.30(b).

1     39.     As a result of the Defendant's willful and knowing violations of the RFDCPA,

2  the Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred

3  dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code §

4  1788.30(b).

5     40.     As a result of the Defendant's violations of the RFDCPA, the Plaintiff is

6  entitled to an award of statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated

7  by Cal. Civil Code § 1788.17.

8     41.     As a result of the Defendant's violations of the RFDCPA the Plaintiff is

9  entitled to an award of his reasonable attorney's fees and costs pursuant to Cal. Civil Code §

10  1788.30(c) and 15 U.S.C. § 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

11     42.     Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the

12  RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies

13  that the Plaintiff may have under any other provision of law.

14                          **VIII. REQUEST FOR RELIEF**

15  The Plaintiff requests that this Court:

16  a.     Assume jurisdiction in this proceeding;

17  b.     Declare that Defendant's answering machine messages violated the Fair Debt

18         Collection Practices Act, 15 U.S.C. §§ 1692d(6), 1692e, 1692e(10) and 1692e(11);

19  c.     Declare that Defendant's answering machine messages violated the Rosenthal Fair

20         Debt Collection Practices Act, Cal. Civil Code §§ 1788.11(b) and 1788.17;

21  d.     Award the Plaintiff statutory damages in an amount not exceeding $1,000 pursuant

22         to 15 U.S.C. § 1692k(a)(2)(A);

23  e.     Award the Plaintiff a statutory penalty in an amount not less than $100 nor greater

24         than $1,000 pursuant to Cal. Civil Code § 1788.30(b);

25  f.     Award the Plaintiff statutory damages in an amount not exceeding $1,000 pursuant

26         to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code §1788.17;

27  g.     Award the Plaintiff the costs of this action and reasonable attorneys fees pursuant to

28         15 U.S.C. § 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

1    h.    Award the Plaintiff such other and further relief as may be just and proper.

CONSUMER LAW CENTER, INC.

By: /s/ Jovanna R. Longo
    Jovanna R. Longo, Esq.
    Attorney for Plaintiff
    DON ROLLAND DONFRAY

## CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/s/ Jovanna R. Longo
Jovanna R. Longo, Esq.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, DON ROLLAND DONFRAY, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

/s/ Jovanna R. Longo
Jovanna R. Longo, Esq.

-8-
COMPLAINT

**ADN**

**PO BOX** 1116
**MAUMEE** OH 43537



*United Collection Bureau, Inc.*

04-20-07                                                    1-877-570-0398

DON DONFRAY                      18886548
770 LAKEHAVEN DR                            UNITED COLLECTION BUREAU, INC
SUNNYVALE CA 94089-2551                     CENTRAL PROCESSING CENTER
                                            5620 SOUTHWYCK BLVD SUITE 206
                                            TOLEDO OH 43614

RE: LVNV FUNDING LLC
ACCT NO. 5424180480371118
SERVICE DATE 03-08-05
AMOUNT DUE $  12085.43

This account has been placed with our office for collection. Please
pay in full to our office or Call for arrangements.

When calling our office at 1-877-570-0398 please refer to account
number 18886548.

Sincerely,
UNITED COLLECTION BUREAU, INC.

### DISCLOSURES REQUIRED BY FEDERAL LAW

This is an attempt to collect a debt by United Collection
Bureau, Inc a debt collector and any information obtained
will be used for that purpose.

Unless you notify this office within 30 days after receiving
this notice that you dispute the validity of this debt or any
portion thereof, this office will assume this debt is valid.
If you notify this office in writing within 30 days from
receiving this notice, this office will obtain verification
of the debt or obtain a copy of a judgment and mail you a copy
of such judgment or verification. If you request this office
in writing within 30 days after receiving this notice, this
office will provide you with the name and address of the
original creditor, if different from the current creditor.



EXHIBIT
1

***California***: As required by law, you are hereby notified that a negative credit report reflecting your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit-reporting agency about this credit obligation until the expiration of the time period described in the notice on the front of this letter.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 AM or after 9 PM. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

***Colorado***: For information about the Colorado Fair Debt Collection Practices Act, see WWW.AGO.STATE.CO.US/ CADC/CADCmain.cfm

***Kansas***: An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living has been requested. You have the right to request additional information, which includes the nature and scope of the investigation.

***Maine***: Hours of operation EST 8am - 8pm M-T, 8am - 5pm F, 8am - 12pm S.

***Massachusetts***: \*\*NOTICE OF IMPORTANT RIGHTS\*\* You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector. UCB, Inc., Massachusetts Office: 15 Union St., Lawrence, MA 01840 (978) 975-0799.
Office Hours 8am - 8pm M-T, 8am - 12pm F.

***Minnesota***: This collection agency is licensed by the Minnesota Department of Commerce.

***New York City***: New York City Department of Consumer Affairs License #1004887

***North Carolina***: Permit #3422, #3843, #4022

***Tennessee***: This collection agency is licensed by the Collection Services Board of the Department of Commerce and Insurance.

***Utah***: As required by Utah law, you are hereby notified that a negative credit report reflecting your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described in the notice on the front of this letter.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 AM or after 9 PM. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

***Washington***: If interest is being charged said interest may not exceed the legal maximum rate for the State of WA

***Wisconsin***: This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, WI 53707.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

DON ROLLAND DONFRAY

**DEFENDANTS**

UNITED COLLECTION BUREAU, INC.

**(b)** County of Residence of First Listed Plaintiff  Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**E-FILING**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100

Attorneys (If Known)

**ADR  C08  01823  HRL**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                     and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | ☐ 870 Taxes (U.S. Plaintiff | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | or Defendant) | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | ☐ 900Appeal of Fee |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | 26 USC 7609 | Determination |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | Under Equal Access |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | to Justice |
| | Other | | Alien Detainee | | ☐ 950 Constitutionality of |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | State Statutes |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
another district
(specify)

☐ 6  Multidistrict
Litigation

☐ 7  Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Fair Debt Collection Practices Act, 15 U.S.C. sec 1692, et seq.

Brief description of cause:
Unlawful debt collection practices

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE."

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☐ SAN FRANCISCO/OAKLAND          ☒ SAN JOSE

DATE  4/2/2008

SIGNATURE OF ATTORNEY OF RECORD

Joanna Longo

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.     (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.     Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.     Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.     Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.     Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.     Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**          Example:          U.S. Civil Statute: 47 USC 553
                                                          Brief Description: Unauthorized reception of cable service

**VII.     Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.     Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.