```
Fred W. Schwinn (SBN 225575)
fred.schwinn@sjconsumerlaw.com
Jovanna R. Longo (SBN 251491)
jovanna.longo@sjconsumerlaw.com
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190


Attorney for Plaintiff
DON ROLLAND DONFRAY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DON ROLLAND DONFRAY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED COLLECTION BUREAU, INC., an Ohio corporation,<br><br>    Defendant. | Case No.  C08-01823-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, DON ROLLAND DONFRAY, by and through counsel, Jovanna R. Longo of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, DON ROLLAND DONFRAY, hereby dismisses, with prejudice, all claims made by him against UNITED COLLECTION BUREAU, INC., in his Complaint filed herein on April 4, 2008.  Plaintiff further notifies the Court that his dispute with the Defendants has been settled.

```
                                        CONSUMER LAW CENTER, INC.

                                        By: /s/ Jovanna R. Longo
                                            Jovanna R. Longo, Esq.
                                            Attorney for Plaintiff
                                            DON ROLLAND DONFRAY
```